

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2016

No. 04-16-00082-CV

**URMAN, INC.**,
Appellant

v.

**CENVEO CORPORATION** (Cross-Appellant),
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The reporter's record was due April 8, 2016.  On April 5, 2016, the court reporter filed a Notification of Late Reporter's Record stating that the reporter's record was not filed because appellant, Urman, Inc., has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court **no later than April 23, 2016** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.  If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.  *See* TEX. R. APP. P. 37.3(c).

The clerk's record was due on April 8, 2016.  On April 4, 2016, the trial court clerk filed a Notification of Late Record, stating that appellant, Urman, Inc., has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. Appellant is reminded that this court issued an order on April 7, 2016 ordering appellant to provide written proof to this court **no later than April 18, 2016** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  If appellant fails to file such written proof within the time provided, appellant's appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2016.



_____
Keith E. Hottle
Clerk of Court